United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE RE,

    Plaintiff,

v.

UNITED STATERS OF AMERICA,

    Defendant.

No. C 13-03518 JST

**ORDER RELATING ACTION**

    This civil action, No. 13-3518, is currently assigned to Judge Jon Tigar. A motion to relate was filed in civil action No. 9-3239, captioned *Taylor Russell v. United States of America*. The named plaintiff in this action is a class member in the *Russell* settlement, and this action raises a claim for overcharged uniform clothing interest which the undersigned judge evaluated and dismissed in *Russell*. This order accordingly holds that the instant action shall be **RELATED** to the *Russell* action.

    Upon reassignment, the stay order due to the lapse in justice department appropriations shall remain in effect (if it has not already expired under its own terms).

    **IT IS SO ORDERED.**

Dated: October 16, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE