IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE RE,

    Plaintiff,

  v.

UNITED STATERS OF AMERICA,

    Defendant.

No. C 13-03518 WHA

**ORDER LIFTING STAY**

    Due to the restoration of funding to the Department of Justice, the prior stay order has expired under its own terms (Dkt. No. 12). The stay is accordingly **LIFTED**.

    **IT IS SO ORDERED.**

Dated: October 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE