IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE RE, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 13-03518 WHA

**ORDER DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    The Court **DENIES** defendant's motion to continue the case management conference for five weeks. However, the Court will advance the case management conference to 8:00 a.m. on December 12, the same time as the hearing on defendant's motion to dismiss.

    **IT IS SO ORDERED.**

Dated: November 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE