United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE RE, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                              /

No. C 13-03518 WHA

**ORDER DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

      The Court **DENIES** defendant's motion to continue the case management conference for five weeks. However, the Court will advance the case management conference to 8:00 a.m. on December 12, the same time as the hearing on defendant's motion to dismiss.

      **IT IS SO ORDERED.**

Dated: November 12, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE