**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE RE, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                                     /

No. C 13-03518 WHA

**JUDGMENT**

    For the reasons stated in the order granting the motion to dismiss for lack of subject-matter jurisdiction, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of the government and against Kyle Re. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: December 13, 2013.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE