IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE RE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 13-03518 WHA

**JUDGMENT**

    For the reasons stated in the order granting the motion to dismiss for lack of subject-matter jurisdiction, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of the government and against Kyle Re. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: December 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE